UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| EMORY L. RICKERSON,<br>           Plaintiff,<br><br>vs.<br><br>RODNEY SCOTT JETER,<br>           Defendant. | CIVIL ACTION FILE<br><br>NO.  3:19-cv-0130-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 1st day of July, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ D. Barfield
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 1, 2021
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
       Deputy Clerk